IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| TINA M. HARTSON, | ) | |
| | ) | |
| Plaintiff, | ) | No. C06-0026-JAJ |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT |
| JO ANNE B. BARNHART, | ) | IN A CIVIL CASE |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

This action came before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Plaintiff, Tina M. Hartson, take nothing and this action is dismissed.


Dated: January 25, 2007          PRIDGEN J. WATKINS
                                 Clerk

                                 /s/ des
                                 (By) Deputy Clerk